## JOSEPHINE LADUE, APPELLANT, *v.* ALBERT S. WARNER, RESPONDENT.

*Trover — Declarations of former owner of property — when not admissible.*

This action was brought by the plaintiff to recover the value of certain articles of personal property, alleged to have been converted by the defendant, who claimed to own the same by virtue of a bill of sale from the former husband of the plaintiff. Upon the trial, in order to establish the title of the husband to the property, the referee allowed his declarations to be given in evidence,

* Robinson v. Cushman, 2 Den., 152 ; Williams v. Hutchinson, 3 Coms., 312 ; S. C., 5 Barb., 122 ; Sharp v. Cropsey, 11 id., 224 ; Wilcox v. Wilcox, 48 id., 327–387.

made, in the absence of his wife, at the time of the purchase of the property, and subsqeuent thereto. *Held*, that this was error.

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee.

*J. S. Garlock*, for the appellant.

*Thompson & Spencer*, for the respondent.

Opinion by GILBERT, J.

Judgment reversed, and new trial granted, costs to abide the event.